UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ALFRED WAYNE PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV412-090 |
| | ) |
| ROBERT ATTRIDGE, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Perry has brought suit against his public defender pursuant to 42 U.S.C. § 1983. The Court granted Perry's *in forma pauperis* ("IFP") motion but directed him to submit a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form within 30 days. (Doc. 3 at 4.) It also warned him that failure to comply could result in dismissal of his case. (*Id.* at 5.) Perry, however, only returned the Consent form. (Doc. 4.)  In a letter, he explained that the jail's officials were uncooperative, hence he could not obtain a completed copy of the other form. (Doc. 5.)

This Court regularly receives § 1983 complaints from detainees who seek to proceed *in forma pauperis*. Rarely has any detainee complained

that a jail's financial officer has refused to furnish or sign a statement reflecting the detainee's trust account transactions. The Court, therefore, suspects some mistake or error on plaintiff's part rather than a willful refusal of his jail's personnel to furnish the requested information, especially considering Perry's ability to obtain the form in other cases. *See Perry v. Pennington*, No. CV412-096 (S.D. Ga. filed Apr. 11, 2012). Nevertheless, in order to move this case along the Court **DIRECTS** the Clerk to forward to plaintiff a copy of his *in forma pauperis motion* (doc. 2), the order granting him *in forma pauperis* status (doc. 3), and two copies of his Prisoner Trust Fund Account Statement form. Further, the Clerk shall forward a copy of this Order to Chatham County Detention Center's Jail's Administrator, Major Terry Enoch. The Court is confident that the jail officials will cooperate with plaintiff in furnishing the forms if he follows the proper procedures. Plaintiff shall have 21 days from the date of this Order to return the forms.

**SO ORDERED** this 23rd day of August, 2012.

UNITED STATES MAGISTRATE JUDGE
**SOUTHERN DISTRICT OF GEORGIA**

2